UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILEBERTO VALTIERRA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STEVE SMITH,<br><br>　　　　Respondent. | Case No.  1:24-cv-00778-HBK (HC)<br><br>ORDER DIRECTING RESPONSE TO PETITIONER'S MOTION FOR STAY AND ABEYANCE OF MIXED PETITION<br><br>(Doc. No.  4) |

　　　　Petitioner Hileberto Valtierra, a state prisoner, is proceeding pro se on his petition for writ of habeas corpus under 28 U.S.C. § 2254, docketed on June 3, 2024.  (Doc. No. 1, "Petition").  On the same day, Petitioner filed a motion "to request for stay and abeyance of mixed federal habeas petition."  (Doc. No. 4).  Petitioner also acknowledges in the Petition that he is "in the process of exhausting" multiple grounds for relief, and he cites a petition for writ of habeas corpus pending in Fresno County Superior Court.  (*See* Doc. No. 1 at 14-22).

　　　　Accordingly, it is hereby **ORDERED:**

1. Respondent shall file a response to Petitioner's motion for stay and abeyance no later than **thirty (30) days** from the entry of this order.

2. Petitioner may file a reply no later than **fourteen (14) days** from Respondent's response.

3. The Clerk of Court is directed to mail a copy of this order to Petitioner.

Dated:   July 23, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE